IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODY LEE DAW, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17cv59-WHA |
| | ) | (WO) |
| JOSE ANGEL MARSAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Joint Motion to Set Aside Entry of Default (Doc. #16), and for good cause shown, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The Clerk's Entry of Default (Doc. #8) is SET ASIDE.

Done this 8th day of June, 2017.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE